**Gene Hunsley, Appellee, v. Elmer Wurl, Appellant. Elmer Wurl, Counter Appellant, v. Gene Hunsley, Counter Appellee.**

**Gen. No. 9,682.**

Heard in this court at the May term, 1950. Roscoe Bonjean, for appellant; Hershey & Bliss, for appellee. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full. Opinion filed May 22, 1950; rehearing denied June 24, 1950; released for publication June 24, 1950.